**DISMISS and Opinion Filed October 24, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00755-CV**

**POP RESTAURANTS, LLC, Appellant**

**V.**

**MYESHA LETCHER, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-16086**

# MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Kennedy

Stating the parties have resolved their differences, appellant has filed an unopposed motion to voluntarily dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant the motion and dismiss the appeal. *See id.*

/Nancy Kennedy/

NANCY KENNEDY
JUSTICE

230755F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

POP RESTAURANTS, LLC,
Appellant

No. 05-23-00755-CV     V.

MYESHA LETCHER, Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-16086.
Opinion delivered by Justice
Kennedy, Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** each party bear its own costs of the appeal.

Judgment entered October 24, 2023.